IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ADAM BURKART,

        Appellant,

 v.                                    Case Nos.  5D21-2950
                                                 5D21-2951
                             LT Case Nos. 2019-CF-2257
                                               2020-CF-1368

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed February 28, 2023

Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

Matthew J. Metz, Public Defender,
and Teresa D. Sutton, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
and Pamela J. Koller, Assistant
Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, EISNAUGLE and MACIVER, JJ., concur.